UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUSSELL A. FARRAR** | **CIVIL ACTION NO. 13-cv-930** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, OFFICE OF STATE PARKS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Defendants' Motion for Summary Judgment [Doc. No. 14] is GRANTED, and that Plaintiff Russell A. Farrar's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff file a memorandum within 14 days of this Ruling if he wishes to oppose the Court's intended dismissal of his claim under 42 U.S.C. § 1983.

MONROE, LOUISIANA, this 6th day of October, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE