UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **RUSSELL A. FARRAR** | **CIVIL ACTION NO. 13-0930** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STATE OF LOUISIANA, OFFICE OF STATE PARKS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Court previously issued a Ruling [Doc. No 23] and Judgment [Doc. No 24] on the above captioned matter, dismissing with prejudice Plaintiff Russell A. Farrar's claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. The Court further indicated its intent to dismiss Plaintiff's claims under 42 U.S.C. § 1983 if Plaintiff did not file a memorandum in opposition within 14 days of the October 6, 2014 Ruling.

Plaintiff failed to timely file an opposition memorandum. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 3rd day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE